UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

KELLY VANG,

    Plaintiff,

vs.                              Case No. 1:15-cv-01360-WCG

JACOBS ENGINEERING GROUP INC.,

    Defendant.

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., it is hereby stipulated by the Parties through their respective undersigned counsel, that the Plaintiff may, and hereby does, dismiss the above-entitled Lawsuit with prejudice, the Parties having fully compromised and settled all matters in controversy, including costs and fees. The above-entitled Lawsuit is voluntarily dismissed with prejudice, without any award of attorneys' fees or costs to either Party.

DATED: April 22, 2016.

*s/ Nicholas E. Fairweather*
Nicholas E. Fairweather
WI Bar No. 1036681
nfairweather@hq-law.com
Colin B. Good, WI Bar No. 1061355
cgood@hq-law.com
Hawks Quindel, S.C.
222 West Washington Avenue, Suite 450
P.O. Box 2155
Madison, WI 53701-2155
Tel: (608) 257-0040
Fax: (608) 256-0236

Attorneys *for Plaintiff, Kelly Vang*

*s/ Mark P. Tilkens*
Mark P. Tilkens, WI Bar No. 1042849
mark.tilkens@jacksonlewis.com
Direct Tel: (608) 807-5271
Direct Fax: (608) 807-5286
Sharon Mollman Elliott, WI Bar No. 1022463
sharon.elliott@jacksonlewis.com
Direct Tel: (608) 807-5280
Direct Fax: (608) 807-5295
JACKSON LEWIS P.C.
1 South Pinckney Street, Suite 930
Madison, WI 53703

*Attorneys for Defendant, Jacobs Engineering Group Inc.*